DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
SARAH STAUDT
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
NICHLOS BUSBEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:12-mj-00160-CKD |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING WAIVER OF |
| v. | ) | APPEARANCE |
| | ) | |
| NICHLOS BUSBEE, | ) | |
| | ) | Date:  July 26, 2012 |
| Defendant. | ) | Time:  9:30 AM |
| | ) | Judge: Hon. Carolyn K. Delaney |
| _____ | ) | |

   For good cause, pursuant to Fed.R.Crimp.P. 43(b)(2) the defendant, NICHLOS BUSBEE, will be permitted to waive his personal appearance at his change of plea on July 26, 2012 at 9:30 a.m. before this Court and shall appear telephonically.

///

///

///

IT IS SO ORDERED.

Dated: July 25, 2012                    /s/ Carolyn K. Delaney
                                        HON. CAROLYN K. DELANEY
                                        United States Magistrate Judge

Name of Pleading                -2-