BENJAMIN B. WAGNER
United States Attorney
BARBARA A. BORKOWSKI
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-mj-00160-CKD |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE CONTROL DATE** |
| v. | ) | |
| | ) | |
| NICHLOS BUSBEE, | ) | |
| | ) | DATE: January 24, 2013 |
| Defendant. | ) | TIME: 9:30 a.m. |
| | ) | JUDGE: Hon. Carolyn K. Delaney |
| | ) | |
| | ) | |

The United States and the defendant, by and through their respective undersigned counsel, hereby stipulate and jointly request that the Court vacate the control date set for January 24, 2013 at 9:30 a.m. and reschedule the control date to January 31, 2013 at 9:30 a.m.

///
///
///
///
///
///

Stip. and [Proposed] Order                1

This continuance is requested to allow the defendant additional time to complete his community service hours and to provide proof of completion to the United States.

```
Dated: January 23, 2013            Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney


                                    /s/ Barbara A. Borkowski
                                   BARBARA A. BORKOWSKI
                                   Special Assistant U.S. Attorney


Dated: January 23, 2013            DANIEL J. BRODERICK
                                   Federal Defender


                                    /s/ Linda Harter
                                   LINDA HARTER
                                   Assistant Federal Defender
                                   (Approved via email)
```

ORDER

IT IS SO ORDERED.

```
Dated: 1/23/2013                   /s/Carolyn K. Delaney
                                   HON. CAROLYN K. DELANEY
                                   United States Magistrate Judge
```